LEO SPANOS LAW
Leonidas G. Spanos, No. 261837
111 Deerwood Road, Suite 200
San Ramon, California 94583
T: (916) 583-7206
F: (916) 583-7856
leo@leospanoslaw.com

Attorney for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>MARINA SOURIS ALLEN<br>Debtor | Case No. 26-41998 DM<br><br>Chapter 13<br><br>**DEBTOR'S DECLARATION IN SUPPORT OF CONFIRMATION** |

I, MARINA SOURIS ALLEN, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. On September 30, 2026, I filed for Chapter 13 Bankruptcy.



Case: 26-41998 Doc# 26 Filed: 11/17/26 Entered: 11/17/26 16:00:47 Page 1 of 6

Doc ID: 2d908d1acb76e033dfb616726964ba6d4ffbe74f

2. I am the owner/sole member of five California limited liability companies-- Access University LLC (formerly DelRey Consulting LLC[1]), DelRey Blo Dry Bar LLC, DelRey Property Management LLC, RxAccess LLC, and a parent holding company DelRey Enterprise LLC.

3. I am also the owner of Access Staffing Solutions Corp.

4. I was the owner of The Maine DelRey LLC (a barbershop) that closed down at the end of February 2025. I attempted to dissolve the LLC was unable to do so because of outstanding FTB taxes.

5. DelRey Enterprise LLC is a holding company which owns Access University LLC (which in turn owns RxAccess LLC), Access Staffing Corp, DelRey Blo Dry Bar LLC, and DelRey Property Management LLC. (Put differently, these companies are subsidiaries of DelRey Enterprise LLC).

6. I also own real property at 8373 Tahoe St., Lemon Grove, CA 91945 ("Tahoe Street" property) which I rent as an Airbnb and occasionally stay at when I need to tend to DelRey Blo Dry Bar LLC (which is located nearby).

7. In 2025, I liquidated my IRAs ($631,133.00) to fund my various business entities.

8. With the exception of DelRey Blo Dry Bar LLC (which is a blow dry bar franchise), all my businessess are in the services and consulting industry (healthcare and support services, consulting, educational services and training, property management, etc.).

9. Although I am generating revenue, some of my businesses are operating at loss.

10. None of my business have any significant assets; with the exception of DelRey Blo Dry Bar (which has washing and shampoo station assets, styling and drying equipment, bar

[1] DelRey Consulting LLC was converted to Access University LLC at the end of 2025. It has the same EIN as Access University LLC and still has its own bank account.


Doc ID: 2d908d1acb76e033dfb616726964ba6d4ffbe74f

supplies, furniture and fixtures, and electronics), my only assets are three laptops, limited supplies, and the bank accounts.

11. I do not believe any of my business have any value except for my "goodwill" and the liquidation value of the partnership interests held by DelRey Property Management LLC.

12. I am surviving based on draws from my businesses (which were funded from my IRAs), which are taken from DelRey Consulting LLC, rental income, and partnership distributions from partnership interests owned by DelRey Property Management LLC.

13. DelRey Property Management LLC has a 12% interest in 3515 North Story Iban LLC ("MPG"), a .46875% interest in MPG Texas 2 LLC, and a .7767% interest in MPG Texas 10 LLC.

14. In 2026, I received the following distributions –

- 3515 North Story Iban LLC ("MPG"): $3,600 on March 27, 2026, $3,600 on June 23, 2026, and $4,800 on September 28, 2026;
- MPG Texas 10 LLC: $1,398.06 on March 27, 2026, $1,398.06 on June 23, 2026, and $1,398.06 on September 28, 2026; and
- MPG Texas 2 LLC: $105.66 on March 27, 2026, $105.66 on June 23, 2026, and $105.66 on September 28, 2026

15. I also own a 1.9752% interest in CPLEX LLC, which invests in rental property/warehouses in Oakland, CA. I do not believe this interest has any equity. My 2025 K-1 reported a net loss of $1,481.

16. On November 5, 2025, a John Doe lawsuit was filed against the Debtor (individually) and RxAccess LLC and RxAccess Partners LLC, the latter of which dissolved and filed for Chapter 7 bankruptcy in the Northern District of California on September 9, 2026 (26-41827 CP), in the Superior Court of California, County of San Mateo. (25-CIV-08970).



Case: 26-41998 Doc# 26 Filed: 11/17/26 Entered: 11/17/26 16:00:47 Page 3 of 6
Doc ID: 2d908d1acb76e033dfb616726964ba6d4ffbe74f

17. The complaint seeks $425,000 in damages but I believe it is meritless.

18. I listed the lawsuit for “unknown” value as “contingent, unliquidated, and disputed.”

19. I believe I would have prevailed but I was advised it would cost me at least $100,000 to litigate and made the decision to file for bankruptcy.

20. On February 25, 2025, I filed a lawsuit against my prior employer for, among other things, failure to pay wages, wrongful termination, and discrimination, in the Superior Court of California, County of Contra Costa. (C25-00533).

21. My claim is pending and arbitration is scheduled for April 2027.

22. If I receive any funds from my lawsuit, I will notify the Chapter 13 Trustee within 30 days and file amendments to my schedules to claim any appropriate exemptions.

23. I understand I need to pay any non-exempt portion to my creditors (to the extent they are not already receiving a 100 percent dividend).

24. I filed this case in good faith to reorganize my debts, and I believe my Chapter 13 plan will pay all allowed unsecured claims 100 percent with the exception of any claim filed by John Doe on account the “disputed” debt.

25. I believe my businesses are on the verge of turning profits and that I can fund my plan (the initial payments of $3,200 with a step to $5,200 after 12 months, and a final step to $7,700 for the last 36 months) based on business draws, rental income, anticipated child support, and distributions from my partnership interests.

Declared in the city of Danville, California on this 16th day of November 2026.

**NAME:** Marina Allen

**SIGNATURE:** Marina Allen



Case: 26-41998 Doc# 26 Filed: 11/17/26 Entered: 11/17/26 16:00:47 Page 4 of 6
Doc ID: 2d908d1acb76e033dfb616726964ba6d4ffbe74f

Doc ID: 2d908d1acb76e033dfb616726964ba6d4ffbe74f

| | |
|---|---|
| **Title** | Dec ISO_confirmation |
| **File name** | Dec_ISO_Confirmation.pdf |
| **Document ID** | 2d908d1acb76e033dfb616726964ba6d4ffbe74f |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

| | | |
|---|---|---|
| SENT | **11 / 14 / 2026** 00:34:25 UTC | Sent for signature to Marina Allen (marina@rxaccesspartners.com) by support@practicepanther.com acting on behalf of leo@leospanoslaw.com IP: 204.195.127.17 |
| VIEWED | **11 / 16 / 2026** 14:32:09 UTC | Viewed by Marina Allen (marina@rxaccesspartners.com) IP: 73.222.165.232 |
| SIGNED | **11 / 16 / 2026** 14:32:51 UTC | Signed by Marina Allen (marina@rxaccesspartners.com) IP: 73.222.165.232 |
| COMPLETED | **11 / 16 / 2026** 14:32:51 UTC | The document has been completed. |